**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4262**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PARIS TIWAND PULLEY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CR-93-121-FO)

_____

Submitted: September 27, 2002      Decided: October 10, 2002

_____

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paris Tiwand Pulley appeals from the sixty-month sentence he received for the revocation of his supervised release. On appeal, he alleges that the sentence was unreasonable and that he should have been sentenced within the guideline range of thirty to thirty-seven months as calculated under U.S. Sentencing Guidelines Manual ("USSG") § 7B1.4(a) (2001). We affirm Pulley's sentence as the guideline range in USSG § 7B1.4(a) is advisory only, United States v. Davis, 53 F.3d 638, 640-41 (4th Cir. 1995), and the sentence imposed was not unreasonable. We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED